# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 19-mc-50258
                                    Hon. Avern Cohn

v

JOSEPH DELFGAUW,

        Defendant,

and

STATE OF MICHIGAN
DEPARTMENT OF TREASURY,

        Garnishee.
_____/

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. §3205(b)(1) and 18 U.S.C §3613(a) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, JOSEPH DELFGAUW, Social Security Number ***-**-5883, whose attorney's address is: 25121 Ford Road, Dearborn, MI 48128 in Case No. 18CR20030 01 in the amount of $82,100.00, plus post judgment interest at the rate of 0%. The sum of $2,000.00 has been credited to the judgment debt, leaving a total balance due of $80,100.00 (without the post-judgment accrual of interest) as of February 21, 2019. Demand for payment of the above-stated debt was made upon

the debtor not less than 30 days from February 21, 2019, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

>Michigan Department of Treasury
>Third Party Withholding Unit
>P.O. Box 30785
>Lansing, Michigan 48909

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

By: s/JACQUELINE M. HOTZ
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9108
E-mail: Jackie.Hotz@usdoj.gov

Dated: February 21, 2019     Mich. Bar No.: P35219

DS2