# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.

JOSEPH DELFGAUW,

    Defendant,

and

STATE OF MICHIGAN
DEPARTMENT OF TREASURY,

    Garnishee.

    Case No.: 19-mc-50258
    Hon. Avern Cohn

_____/

## RELEASE OF GARNISHMENT LIABILITY

NOTICE TO GARNISHEE DEFENDANT: The garnishment issued against the principal Defendant, Joseph Delfgauw, Social Security No ***-**-5883, is withdrawn, and you are released from further liability in connection with this garnishment.

    MATTHEW SCHNEIDER
    United States Attorney

By: /s / Jacqueline M. Hotz
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    Phone: (313) 226-9108
    E-mail: jackie.hotz@usdoj.gov
    Michigan Bar No.: (P35219)

Dated: September 17, 2020